```
1300199-Court-A-U.S.                    IN RE
CRAIG I BRYANT                          CHRISTOPER MICHAEL VERME
ATTORNEY AT LAW                         2757 GRANTHAM SCHOOL RD
PO BOX 1572
GOLDSBORO, NC 27533-1572                MOUNT OLIVE, NC 28365-7427
                                        SSN or Tax I.D.   XXX-XX-7244
                                        ------------------------------
Chapter 13                              PARIS ALANNA VERME
Case Number:   13-00199-8-RDD           2757 GRANTHAM SCHOOL RD

                                        MOUNT OLIVE, NC 28365-7427
                                        SSN or Tax I.D.   XXX-XX-8424
```

```
                                        U.S. BANKRUPTCY COURT
                                        1760-A PARKWOOD BLVD
                                        WILSON, NC 27893
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

ROBERT R. BROWNING, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 05/06/2013, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
    U.S. Bankruptcy Court
    Eastern District of North Carolina
    1760-A Parkwood Blvd
    Wilson, NC  27893
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                         Attorney:                    Trustee:
CHRISTOPER MICHAEL VERME           CRAIG I BRYANT               ROBERT R. BROWNING
2757 GRANTHAM SCHOOL RD            ATTORNEY AT LAW              P.O. BOX  8248
MOUNT OLIVE, NC 28365-7427         PO BOX 1572                  GREENVILLE, NC 27835
------------------------------     GOLDSBORO, NC 27533-1572
PARIS ALANNA VERME
2757 GRANTHAM SCHOOL RD
MOUNT OLIVE, NC 28365-7427
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  April 03, 2013                   ROBERT R. BROWNING
                                        Chapter 13 Trustee
                                        P.O. BOX  8248
                                        GREENVILLE, NC 27835
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                    CASE NUMBER: 13-00199-8-RDD

**CHRISTOPHER MICHAEL VERME**

**PARIS ALANNA VERME**

                                                                                    CHAPTER 13

DEBTOR(S)

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on March 27, 2013, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   $125.00    for    60    Months
              for          Months
              for          Months
              for          Months

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before May 21, 2013 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before July 9, 2013 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| (017) FURNITURE FAIR | HOUSEHOLD GOODS | $817.57 SECURED – 5.25% PRO-RATA WITHIN THE LIFE OF THE PLAN |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| (019) MAZDA AMERICAN CREDIT | 2005 MAZDA MPV | $2,013.16 SECURED | 5.25% PRO-RATA WITHIN THE LIFE OF THE PLAN |

    e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon,"

upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

(970) CHASE MANHATTAN MORTGAGE – MORTGAGE – SURRENDER, LIMIT 0 UNLESS DEFICIENCY FILED

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 8 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| (005 & 006) ART VERME | RESTAURANT EQUIPMENT | ASSUME – DIRECT |
| (022 & 023) MOUNT OLIVE CENTER PARTNERS | RESTAURANT BUSINESS | ASSUME – DIRECT |
| (041) VERIZON WIRELESS | CELL CONTRACT | REJECT – SURRENDER, LIMIT 0 UNLESS DEFICIENCY FILED |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:

                                                                             s/ Robert R. Browning
                                                                             Robert R. Browning
                                                                             Standing Chapter 13 Trustee

**EXHIBIT 'A'**                    CASE NUMBER: 13-00199-8-RDD

**DEBTORS:** CHRISTOPHER MICHAEL VERME
PARIS ALANNA VERME

**EMPLOYMENT:**
Debtor:     SELF EMPLOYED          GROSS INCOME:    $147,600.00
Spouse:     SELF EMPLOYED                           $0.00

**Prior Bankruptcy cases:**   Yes ☐   No ☒   If so, Chapter ___ filed ___
Disposition:

**Real Property**: House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:   NON RESIDENCE -- SURRENDER
FMV          $119,600.00          Date Purchased
Liens        $135,702.00          Purchase Price
Exemptions   $0.00                Improvements
Equity       $ 0.00               Insured For
Rent                              Tax Value

**COMMENTS**:

**Attorney Fees**:
Requested:  $3,700.00   (excluding filing fee)
Paid:       $0.00       (excluding filing fee)
Balance:    $3,700.00

**Trustee's Recommendation:**   $3,700.00
Comments:

**Plan Information**:

| Plan Information: |  | After 341 |  | Payout % After 341 |  |
|---|---|---|---|---|---|
| Total Debts | $21,887.38 | Pay in | $7,500.00 | Priority | 100.00% |
| Priority | $3,700.00 | Less 8.00% | $ 600.00 | Secured | 100.00% |
| Secured | $3,224.40 | Subtotal | $6,900.00 | Unsecured | 0.84% |
| Unsecured | $14,962.98 | Req. Atty. Fee | Incl. w/ claims | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $6,900.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 |  |  |  |  |

**Annual Review:**     Yes ☐     No ☐
**Payroll Deduction:** Yes ☐     No ☒

**Objection to Confirmation:**   Yes ☐   No ☐

Pending:    SEE COURT DOCKET
Resolved:   SEE COURT DOCKET

**Motions Filed:**   Yes ☐   No ☐

If so, indicate type and status:   SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1300199 | TRUSTEE: 23 | COURT: 278 | Page 1 of 3 |
| TASK: 04-02-2013.00620090.LSA000 | | DATED: 04/03/2013 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Debtor | | CHRISTOPER MICHAEL VERME | 2757 GRANTHAM SCHOOL RD<br>MOUNT OLIVE, NC 28365-7427 |
| Joint | | PARIS ALANNA VERME | 2757 GRANTHAM SCHOOL RD<br>MOUNT OLIVE, NC 28365-7427 |
| 799 | 000002 | CRAIG I BRYANT<br>PO BOX 1572 | ATTORNEY AT LAW<br>GOLDSBORO, NC 27533-1572 |
| 010 | 000016 | DEBT RECOVERY SOLUTIONS | 9001 MERCHANT CONCOURSE<br>WESTBURY, NY 11590-9001 |
| 011 | 000017 | DEBT RECOVERY SOLUTIONS | 9001 MERCHANT CONCOURSE<br>WESTBURY, NY 11590-9001 |
| 026 | 000032 | NCO<br>P O BOX 13570 | ATTN: MANAGING AGENT<br>PHILADELPHIA, PA 19101 |
| 027 | 000034 | NCO<br>P O BOX 13570 | ATTN: MANAGING AGENT<br>PHILADELPHIA, PA 19101 |
| 028 | 000036 | NCO<br>P O BOX 13570 | ATTN: MANAGING AGENT<br>PHILADELPHIA, PA 19101 |
| 025 | 000027 | NCO FINANCIAL SYSTEMS | PO BOX 17209<br>WILMINGTON, NC 19850-7209 |
| 005 | 000045 | ART VERME<br>PO BOX 1572 | C/O CRAIG BRYANT<br>GOLDSBORO, NC 27533-1572 |
| 006 | 000046 | ART VERME<br>PO BOX 1572 | C/O CRAIG BRYANT<br>GOLDSBORO, NC 27533-1572 |
| 044 | 000041 | WAYNE RADIOLOGISTS | PO BOX 1757<br>GOLDSBORO, NC 27533-1757 |
| 017 | 000005 | FURNITURE FAIR | 2539 EAST ASH STREET<br>GOLDSBORO, NC 27534-4513 |
| 033 | 000028 | REUNION PARK APARTMENTS | 100 REUNION PARK DRIVE<br>APEX, NC 27539 |
| 007 | 000013 | CHARTER COMMUNICATIONS | 301 E CORNELIUS HARNETT BLVD<br>LILLINGTON, NC 27546 |
| 031 | 000023 | PROGRESS ENERGY CAROLINAS INC<br>P O BOX 1551 | ATTN: LEGAL DEPARTMENT<br>RALIEGH, NC 27602-1551 |
| 022 | 000043 | MOUNT OLIVE CENTER PARTNERS | 203 E. WHITAKER MILL ROAD STE 109<br>RALEIGH, NC 27608-2574 |
| 023 | 000044 | MOUNT OLIVE CENTER PARTNERS | 203 E. WHITAKER MILL ROAD STE 109<br>RALEIGH, NC 27608-2574 |
| 004 | 000010 | AMERICAN ANESTHESIOLOGY OF NC | 3100 SPRING FOREST RD, STE 130<br>RALEIGH, NC 27616 |
| 043 | 000040 | WAKEMED | PO BOX 29516<br>RALEIGH, NC 27626 |
| 034 | 000042 | SCA COLLECTIONS | PO BOX 876<br>GREENVILLE, NC 27835-0000 |
| 045 | 000048 | NEIL D JONAS ESQUIRE<br>2550 W TYVOLA RD STE 520 | ROGERS TOWNSEND & THOMAS PC<br>CHARLOTTE, NC 28217 |
| 030 | 000024 | ONLINE COLLECTION SERVICES | PO BOX 1489<br>WINTERVILLE, NC 28590 |
| 014 | 000014 | ENHANCED RECOVERY | 8014 BAYBERRY ROAD<br>JACKSONVILLE, FL 32256-7412 |

CASE: 1300199   TRUSTEE: 23   COURT: 278  
TASK: 04-02-2013.00620090.LSA000   DATED: 04/03/2013

| | | | |
|---|---|---|---|
| 015 | 000011 | FAC/ NAB | 480 JAMES ROBERTSON PKWY<br>NASHVILLE, TN 37219 |
| 016 | 000012 | FAC/NAB<br>PO BOX 198988 | ATTN: MANAGING OFFICER/AGENT<br>NASHVILLE, TN 37219 |
| 008 | 000004 | CHASE HOME FINANCE LLC<br>3415 VISION DRIVE | MANHATTAN MORTGAGE CORPORATION<br>COLUMBUS, OH 43219-5885 |
| 039 | 000037 | UNITED CONSUMER FINANCE | 865 BASSETT ROAD<br>WESTLAKE, OH 44145-0000 |
| 040 | 000038 | UNITED CONSUMER FINANCE | 865 BASSETT ROAD<br>WESTLAKE, OH 44145-0000 |
| 020 | 000007 | MAZDA AMERICAN CREDIT | PO BOX 6275<br>DEARBORN, MI 48121 |
| 046 | 000049 | MAZDA AMERICAN CREDIT | PO BOX 6275<br>DEARBORN, MI 48121 |
| 019 | 000006 | MAZDA AMERICAN CREDIT | PO BOX 553179<br>DETROIT, MI 48255-3179 |
| 024 | 000030 | MRSI | 2250 E DEVON AVE, STE 352<br>DES PLAINES, IL 60018 |
| 012 | 000015 | EMBARQ CORP | PO BOX 4300<br>CAROL STREAM, IL 60197 |
| 041 | 000047 | VERIZON WIRELESS | PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 |
| 042 | 000039 | VERIZON WIRELESS | PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 |
| 001 | 000019 | ACCOUNT RESOLUTION COR | 17600 CHESTERFIELD AIRPO<br>CHESTERFIELD, MO 63005 |
| 002 | 000026 | ACCOUNT RESOLUTION COR | 17600 CHESTERFIELD AIRPO<br>CHESTERFIELD, MO 63005 |
| 018 | 000020 | LACLEDE GAS COMPANY | 7209 OLIVE STRET<br>ST LOUIS, MO 63101 |
| 009 | 000021 | CONSUMER COLLECTION MN | 2333 GRISSOM DRIVE<br>SAINT LOUIS, MO 63146-3322 |
| 032 | 000025 | RADIOLOGIC IMAGING CONSULTANTS | 220 COMPASS POINT DRIVE<br>SAINT CHARLES, MO 63301 |
| 036 | 000031 | ST CHARLES CLINI | 300 MEDICAL PLAZA STE 310<br>SAINT LOUIS, MO 63367 |
| 038 | 000035 | ST. JOSEPH WEST | 100 MEDICAL PLAZA<br>LAKE SAINT LOUIS, MO 63367 |
| 029 | 000022 | OMNI SOLUTIONS<br>2977 HIGHWAY K PMB 333 | HOMEOWNERS ASSOCIATION MISSOURI<br>O'FALLON, MO 63368 |
| 037 | 000033 | ST CHARLES CO AMBULANCE DISTRICT | 4169 OLD MILL PARKWAY<br>ST PETERS, NO 63376 |
| 035 | 000029 | SSM ST JOSEPH HEALTH CENTER | 1000 CARONDELET DRIVE<br>KANSAS CITY, MO 64114 |
| 003 | 000008 | AMEREN MISSOURI ALL DISTRICT | 101 MADISON STREET #100<br>JEFFERSON CITY, MO 65101 |
| 013 | 000018 | EMERGENCY MEDICAL CARE LLC | PO BOX 570<br>JEFFERSON CITY, MO 65102-0570 |
| 021 | 000009 | MEDICREDIT CORP | 3620 I 70 DR SE STE C<br>COLUMBIA, MO 65201 |

| | | | | |
|---|---|---|---|---|
| CASE: 1300199 | TRUSTEE: 23 | COURT: 278 | | Page 3 of 3 |
| TASK: 04-02-2013.00620090.LSA000 | | DATED: 04/03/2013 | | |

| | | | |
|---|---|---|---|
| 047 | 000050 | UNITED CONSUMER FINANCIAL SERVICES<br>3936 E FT LOWELL SUITE 200 | C/O BASS & ASSOCIATES PC<br>TUCSON, AZ 85712 |
| 970 | 000003<br>*CM | CHASE MANHATTAN MORTGAGE | 10790 RANCHO BERNARDO RD<br>SAN DIEGO, CA 92127-0000 |

**52 NOTICES**

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 04/03/2013.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   04/03/2013   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail